# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>England, Jr., Morrison C | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>05/11/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>501 I Street, Suite 15-220<br>Sacramento, CA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Regent | Board of Regents - University of the Pacific |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 10 FINANCIAL DISCLOSURE OFFICE

COPY

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Medinitiatives, Inc - wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

COPY

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit card | J |
| 2. | Capital One | Credit card- Mastercard | J |
| 3. | Chase Bank | Credit card- VISA | J |
| 4. | | | |
| 5. | | | |



| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property #2, Sacramento, CA | D | Rent | L | V | | | | | See note in Part VIII |
| 2. Education fund | A | Dividend | K | T | | | | | |
| 3. -Alger Small Cap Fund | | Dividend | | | Buy | 10/17 | J | | |
| 4. - BlackRock Funds | | Dividend | | | Buy | 6/22 | J | | |
| 5. -Calamos Growth Fund | | Dividend | | | | | | | |
| 6. -Causeway Intl Value Fund | | Dividend | | | | | | | |
| 7. -Century Small Cap | | Dividend | | | Sell | 10/16 | J | | |
| 8. - DWS Dreman Small Cap | | Dividend | | | Buy | 10/17 | J | | |
| 9. -Cambiar Opportunity FD | | Dividend | | | | | | | |
| 10. -FMI FDS Focus Fund | | Dividend | | | | | | | |
| 11. -Hotchkis & Wiley FDS | | Dividend | | | | | | | |
| 12. -Julius Baer Invt FDS | | Dividend | | | | | | | |
| 13. - Kinetics Paradigm | | Dividend | | | Buy | 6/22 | J | | |
| 14. -Kinetics Small Cap Opportunities Fund | | Dividend | | | | | | | |
| 15. -Legg Mason Value Trust | | Dividend | | | | | | | |
| 16. -Royce Total Return Fund | | Dividend | | | | | | | |
| 17. -TCW Galileo Fds Inc | | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

COPY

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Vanguard Windsor Fund | | Dividend | | | Sell | 6/21 | J | | |
| 19.  -Goldman Sachs Money Market Fund | | Dividend | | | | | | | |
| 20.  -TCW Galileo Funds, Inc Value Opportunity Fund | | Dividend | | | | | | | |
| 21.  Retirement #4 | D | Dividend | J | T | | | | | |
| 22.  - Lord Abbott All Value | | | | | | | | | |
| 23.  - Van Kampen Comstock | | | | | | | | | |
| 24.  IRA | E | Dividend | N | T | | | | | |
| 25.  -Alvarion LTD | | Dividend | | | | | | | |
| 26.  -E-Smart Tech Inc | | Dividend | | | Buy | 06/26 | J | | |
| 27.  -Black Rock Funds | | Dividend | | | Buy | 06/26 | J | | |
| 28.  -Calamos Growth Fund, Class A | | Dividend | | | | | | | |
| 29.  - Causeway Intl Value Fd | | Dividend | | | | | | | |
| 30.  - Cambiar Opportunity FD | | Dividend | | | | | | | |
| 31.  -Cambiar Conquistador Investor Class | | Dividend | | | Buy | 08/15 | J | | |
| 32.  - FMI FDS | | Dividend | | | | | | | |
| 33.  -Forward FDS Inc - Hover Mini Cap FD | | Dividend | | | Buy | 08/15 | J | | |
| 34.  - Goldman Sachs TR | | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

COPY

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Harbor Small Cap Value | | Dividend | | | | | | | |
| 36.  -Hartford Fortis Funds SmallCap Growth Cl A | | Dividend | | | Buy | 11/21 | J | | |
| 37.  - Hotchkis & Wiley FDS(HUSMIX) | | | | | | | | | See note in Part VIII |
| 38.  - Janus Investment FD | | Dividend | | | | | | | |
| 39.  - Julius Baer Investment FDS | | Dividend | | | | | | | |
| 40.  -Kinetics Paradigm Fund Inst | | Dividend | | | Buy | 06/22 | J | | |
| 41.  - Legg Mason Value Trust | | Dividend | | | | | | | |
| 42.  - Pimco FDS pac Investment | | Dividend | | | | | | | |
| 43.  - TCW Galileo FDS Inc | | Dividend | | | | | | | |
| 44.  - Torray FD (TORRX) | | | | | | | | | See note in Part VIII |
| 45.  - Touchstone Small Cap | | Dividend | | | Sell | 08/14 | J | | |
| 46.  - Vanguard/Windsor Fund Inc. | | Dividend | | | Sell | 6/21 | K | | |
| 47.  - WT Mutual FD CRM | | Dividend | | | | | | | |
| 48.  - Western Asset Core | | Dividend | | | | | | | |
| 49.  Investment Account | A | Dividend | K | T | | | | | See note in Part VIII |
| 50.  - Blackrock Funds Large Cap Value Fund | | Dividend | | | Buy | 6/22 | J | | |
| 51.  - Calamos Growth Fund Class A | | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

COPY

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Causeway Intl Value Fund | | Dividend | | | | | | | |
| 53. - Cambiar Opportunity Fund | | Dividend | | | | | | | |
| 54. - Cambiar Conquistador Investor Class | | Dividend | | | Buy | 8/15 | J | | |
| 55. - FMI Fds Focus Fund | | Dividend | | | | | | | |
| 56. - Forward FDS Inc Hover Mini Cap Fund | | Dividend | | | Buy | 8/15 | J | | |
| 57. - Goldman Sachs TR, FINL Square MMKT Fund | | Dividend | | | Buy | 11/21 | J | | |
| 58. - Harbor Small Cap Value Institutional | | Dividend | | | | | | | |
| 59. - Hartford Fortis Funds Small Cap Grwth Cl A | | Dividend | | | Buy | 11/21 | J | | |
| 60. - Janus Invt Fd Mid Cap Value Fund | | Dividend | | | | | | | |
| 61. - Julius Baer Invt FDS Intl Equity Fd Cl 1 | | Dividend | | | | | | | |
| 62. - Kinetics Paradigm Fund- Inst | | Dividend | | | Buy | 6/22 | J | | |
| 63. - Legg Mason Value Trust | | Dividend | | | | | | | |
| 64. - PIMCO Fds Pac Invt Mgmt Ser Total Return | | Dividend | | | | | | | |
| 65. - TCW Galileo FDS Inc Select Equities | | Dividend | | | | | | | |
| 66. - CRM Mid Cap Value Fd Instl | | Dividend | | | | | | | |
| 67. - Western Asset Core Bond Fund CL-1 | | Dividend | | | | | | | |

COPY

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Part VII, line 1, the rental property was acquired in a tax-deferred exchange; the value is the exchange value of the property at the time of the exchange.

(2) Part VII, line 37, the underlying investment, Hotchkis & Wiley FDS, was sold in 2005 within the IRA, Part VII, line 24 , and the proceeds were invested/allocated among the various underlying investments in IRA. Cross reference Part VII, line 33 of the 2005 FDR.

(3) Part VII, line 44, the underlying investment, Torray FD, was sold in 2005 within the IRA, Part VII, line 24, and the proceeds were invested/allocated among the various underlying investments in IRA. Cross reference Part VII, line 39 of the 2005 FDR.

(4) Part VII, Investment was previously reported in the 2005 FDR as a part of IRA, Part VII, line 24; the Investment account is not an Individual Retirement Account and has been separately reported in the 2006 FDR on lines 49 - 67.

(5) On Part VII, lines 2 - 4 of the 2005 FDR, a "rollover" was reported; this data has been omitted from the 2006 FDR.


COPY

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____5·15·07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

